■ The People of the State of New York, Respondent, v Jesus Bimentel, Appellant. [679 NYS2d 125] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered April 24, 1996, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the first degree, and sentencing him, as a second felony offender, to a term of 8 years to life, unanimously modified, on the law, to replace the conviction for attempted criminal possession of a controlled substance in the first degree with a conviction for criminal possession of a controlled substance in the second degree, and otherwise affirmed.

Defendant's suppression motion was properly denied. By placing a package under a parked car and walking away, defendant "demonstrated neither a subjective nor an objective expectation of privacy" (*People v Sosa*, 246 AD2d 387, 388, *lv denied* 91 NY2d 945). In any event, defendant voluntarily abandoned the bag (*supra*).

As the People correctly concede, the conviction should be replaced as indicated in order to conform to the intent of the parties. We find no defect in the imposition of sentence (*see, People v Barzge*, 244 AD2d 213, *lv denied* 91 NY2d 889), and we perceive no abuse in sentencing discretion. Concur—Sullivan, J. P., Rosenberger, Nardelli, Williams and Andrias, JJ.